IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,           )
                               )
           Plaintiff,          )
                               )
vs.                            )     CIVIL ACTION NO. 1:07cv437-WHA
                               )
MARCUSE STEENSLAND, et al.,    )
                               )
           Defendants.         )

## **ORDER**

This case is hereby referred to Magistrate Judge Terry F. Moorer for action or

recommendation on all pretrial matters.

DONE this 21st day of May, 2007.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE