IN THE CIRCUIT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 AUG -6  A 9: 47
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ANGELA DENISE NAILS,

    Plaintiff,

                                  Case No. 1:07 cv 437-WHA

Vs.

MARCUS STEENSLAND,
DENNY HOLYOWAY,
LAWSON LITTLE,

    Defendnant(s),

## MOTION FOR APPEAL

The plaintiff is appealing the Federal District Court dismissal of district case number1:07cv437-WHA. The defendant(s) are not in any way immune from procession if a criminal action has occurred. 42 USC 1983. 1975 Immunity law, immunity dose not give to any person who is an elected official and if a criminal act/action has come to rise and/or the official understood there act/actions. Is a criminal act/action what he or she is doing before he or she dose something that could have not done if he or she was aware of the action he or she is doing before the act/action. And if the action caused the life of another person to be living on the edge of there life or on the edge of near death. Physicians(s) have taken the seriousness of the edge of life of the plaintiff serious and the illness to be very noticeable and also a problem. The appeal is to include the removal of all three defendant(s) under impeachment of moving the defendant(s) from the court system.

*Angela Denise Nails*
_____
ANGELA DENISE NAILS
PROSE ATTORNEY