IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



RECEIVED
2007 SEP 13 A 9:24
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

No. 07-13663-B

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

SEP 10 2007

THOMAS K. KAHN
CLERK

ANGELA DENISE NAILS,

                Plaintiff-Appellant,

versus

MARCUSE STEENSLAND,
DENNY HOLLOWAY,
LAWTON LITTLE,

                Defendants-Appellees.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

Before ANDERSON, DUBINA and MARCUS, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. Appellant's August 6, 2007, notice of appeal is untimely to appeal from the district court's May 25, 2007, final judgment. Fed.R.App.P. 4(a)(1)(A); Rinaldo v. Corbett, 256 F.3d 1276, 1278 (11th Cir. 2001).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.

A True Copy - Attest:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: *Carolyn Magers*
Deputy Clerk
Atlanta, Georgia