IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-13663-B

ANGELA DENISE NAILS,

                            Plaintiff-Appellant,

versus

MARCUSE STEENSLAND,
DENNY HOLLOWAY,
LAWTON LITTLE,

                            Defendants-Appellees.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

Before ANDERSON, DUBINA, and MARCUS, Circuit Judges.

BY THE COURT:

    Appellant's September 20, 2007, motion for reconsideration of our September 10, 2007, order, dismissing this appeal for lack of jurisdiction, is DENIED.

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 23, 2007

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 07-13663-B**
Case Style: Angela Denise Nails v. Marcuse Steensland
District Court Number: 07-00437 CV-A-S ()

The following action has been taken in the referenced case:

   The enclosed order has been ENTERED.

\*   Appellant's documents received 9/20/07 are returned as there is no further relief due for the above appeal in this Court.

                    Sincerely,

                    THOMAS K. KAHN, Clerk

                    Reply To: Carolyn Magers (404) 335-6181

MOT-2 (06-2007)

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

RECEIVED

2007 OCT 26 A 9: 43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

October 23, 2007

**Appeal Number: 07-13663-B**
Case Style: Angela Denise Nails v. Marcuse Steensland
District Court Number: 07-00437 CV-A-S ()

CC:   Angela Denise Nails

CC:   Debra P. Hackett

CC:   Administrative File